IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

Wi3, INC.

                Plaintiff,

   v.

ARRIS GROUP, INC. and ARRIS
ENTERPRISES, INC.,

               Defendants.

**CORPORATE DISCLOSURE STATEMENT**

Civil Action No. 6:15-cv-6403

---

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Plaintiff states that Wi3, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 7, 2015

Respectfully submitted,

*/s/ Timothy J. Haller*
Timothy J. Haller
Ryan K. Dooley
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
haller@nshn.com
rdooley@nshn.com

*Attorneys for Plaintiff Wi3, Inc.*