AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| WI3, INC. <br> *Plaintiff* <br> v. <br> ARRIS GROUP, INC. & ARRIS ENTERPRISES, INC <br> *Defendant* | ) <br> ) <br> ) Case No. 6:15-cv-6403 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WI3, INC. .

Date: 07/07/2015

/s/Timothy J. Haller
*Attorney's signature*

Timothy J. Haller - 1241728
*Printed name and bar number*

181 West Madison Street, Suite 4600
Chicago, IL 60602

*Address*

haller@nshn.com
*E-mail address*

(312) 236-0733
*Telephone number*

(312) 236-3137
*FAX number*